UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>ISAIAH THOMAS WILLOUGHBY,<br><br>                  Defendant. | CASE NO. MJ20-425<br><br>**DETENTION ORDER** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with Arson. He has a criminal history that includes convictions for assault and domestic violence, a pattern of failing to appear for court appearances, and three outstanding warrants for his arrest in the state courts. Defendant was originally charged and arrested in the state courts for this offense. After he posted bail in the state case, he was re-arrested on allegations that a security guard in the early morning hours, and appeared to be heavily drinking. Although this offense indicates defendant may have issues with alcohol abuse, defendant denied alcohol abuse when interviewed by the U.S. pretrial office. However, defendant's claim about his alcohol use was contradicted by his brother who indicated

DETENTION ORDER - 1

defendant's use of alcohol was problematic. Defendant's aunt further indicated defendant drinks heavily every day.

The government proffered evidence from recorded jail calls defendant made that he planned to flee the area and is thus a flight risk. The government also proffered evidence their case against defendant is strong indicating he made incriminating statements to relatives. And finally, the government proffered evidence of the seriousness of the charges. Defendant is accused of starting a fire to burn down the Seattle Police East Precinct building. The alleged act occurred at night and the fire was started very close to where a number of individuals had set tents in which to sleep.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/
/
/
/

DETENTION ORDER - 2

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 20th day of July, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

DETENTION ORDER - 3