Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington

August 6, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. **CR20-111 JCC** |
| Plaintiff, | |
| v. | INDICTMENT |
| ISAIAH THOMAS WILLOUGHBY, | |
| Defendant. | |

## COUNT 1
*(Arson)*

On or about June 12, 2020, at Seattle, in the Western District of Washington, ISAIAH THOMAS WILLOUGHBY did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building, namely, the Seattle Police Department East Precinct, located at 1519 12th Avenue, Seattle, that was used by the Seattle Police Department in interstate and foreign commerce and in an activity affecting interstate and foreign commerce, and that was in whole or in part owned and possessed by the Seattle Police Department, an institution and organization receiving Federal financial assistance.

//
//
//

All in violation of Title 18, United States Code, Sections 844(f)(1) and 844(i).

A TRUE BILL:

DATED: 8/6/2020

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

_____
FOREPERSON

_____
BRIAN T. MORAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

INDICTMENT/*United States v. Willoughby* - 2