THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0111-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ISAIAH THOMAS WILLOUGHBY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to extend the pretrial motions deadline (Dkt. No. 29). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion. Any pretrial motions must be filed no later than September 17, 2020.

DATED this 3rd day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR20-0111-JCC
PAGE - 1