THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0111-JCC |
| Plaintiff, | ORDER |
| v. | |
| ISAIAH THOMAS WILLOUGHBY, | |
| Defendant. | |

This matter comes before the Court on the Government's motion to continue the trial date (Dkt. No. 37). Trial is currently scheduled for October 5, 2020. The Government moves to continue the trial. Defendant has not joined the motion. Having thoroughly considered the motion, the relevant record, and the Court's General Orders addressing measures to reduce the spread and health risks from COVID-19, incorporated herein by reference, the Court hereby FINDS:

1. In light of the recommendations made by the Centers for Disease Control and Prevention and Public Health for Seattle and King County regarding social distancing measures required to stop the spread of COVID-19, as well as the lack of personal protective equipment necessary to ensure the health and safety of all participants, it is not possible to proceed with a jury trial on October 5, 2020. *See* W.D. Wash. Gen. Orders Nos. 02-20, 13-20; 18 U.S.C. § 3161(h)(7)(B)(i).

2. The COVID-19 pandemic has also rendered the Court unable to obtain an adequate spectrum of jurors that would represent a fair cross section of the community, which would likely make proceeding on the current case schedule in this matter impossible or would result in a miscarriage of justice. *See* W.D. Wash. Gen. Orders Nos. 02-20, 13-20; 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the Court GRANTS the motion to continue the trial date (Dkt. No. 37). The trial date is hereby CONTINUED to March 1, 2021, at 9:30 a.m. The Court further ORDERS that the time between the date this order is issued and the new trial date is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i). Pretrial motions must be filed no later than January 1, 2021.

DATED this 2nd day of October 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE