THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ISAIAH THOMAS WILLOUGHBY,<br><br>　　　　　　　　Defendant. | CASE NO. CR20-0111-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to extend its deadline to respond to Defendant's motion to dismiss the indictment (Dkt. No. 48.) Finding good cause, the motion is GRANTED. The Government's response is due January 11, 2021. The Clerk is DIRECTED to renote Defendant's motion (Dkt. No. 47) to January 18, 2021.

DATED this 29th day of December 2020.

　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　Deputy Clerk