THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0111-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ISAIAH THOMAS WILLOUGHBY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion to extend its deadline to respond to Defendant's motion to dismiss counts within the indictment (Dkt. No. 51.) Finding good cause, the motion is GRANTED. The Government's response is due January 12, 2021. The Clerk is DIRECTED to renote Defendant's motion (Dkt. No. 50) to January 15, 2021.

DATED this 30th day of December 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-0111-JCC
PAGE - 1