THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ISAIAH WILLOUGHBY,<br><br>    Defendant. | CASE NO. CR20-0111-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to proceed with a change of plea hearing by video or telephonic conference (Dkt. No. 63). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant has been detained pending trial since his July 2020 arrest on one count of arson. (*See* Dkt. Nos. 11, 24.) Defendant indicates he has reached a plea agreement and wishes to enter a plea as soon as possible to take responsibility and resolve the manner in a timely fashion. (Dkt. No. 63 at 2.) While in-person proceedings in the courthouse have begun to increase, the Court is still strictly limiting the number of proceedings that can occur concurrently and the number of people who can attend those proceedings. *See* W.D. Wash. General Order 04-21 at 2. With limited exceptions, in-person hearings, including change of plea hearings, will not resume until June 30, 2021. *Id.* Accordingly, Defendant would like to proceed with a change of plea

| | |
|---|---|
| 1 | hearing by video or telephonic conference. (Dkt. No. 63 at 2.) Given the circumstances, delaying |
| 2 | Defendant's plea hearing until it can be held in-person would cause serious harm to the interests |
| 3 | of justice. *See* W.D. Wash. General Orders 04-20, 09-20, 14-20, 17-20, 06-21. |
| 4 | For the foregoing reasons, the Court GRANTS Defendant's motion to proceed with a |
| 5 | change of plea hearing by video conference (Dkt. No. 63) and ORDERS that his plea hearing be |
| 6 | scheduled before a Magistrate Judge as soon as practicable and be conducted by video |
| 7 | conference. |

DATED this 4th day of June 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE


ORDER
CR20-0111-JCC
PAGE - 2
