UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ISAIAH THOMAS WILLOUGHBY,<br><br>　　　　　　Defendant. | NO. CR20-111JCC<br><br>INFORMATION |

The United States Attorney charges that:

## COUNT 1
### *(Conspiracy to Commit Arson)*

On or about June 12, 2020, at Seattle, within the Western District of Washington, ISAIAH THOMAS WILLOUGHBY, and other persons known and unknown, did knowingly and willfully conspire, combine, confederate and agree to commit an offense against the United States, that is, Arson, in violation of Title 18, United States Code, Section 844(f)(1) and (i).

During and in furtherance of the conspiracy, within the Western District of Washington, one or more of the conspirators committed the following overt act, among others:

1  On or about June 12, 2020, ISAIAH THOMAS WILLOUGHBY set a fire against
2  the Seattle Police Department East Precinct using gasoline and a lighter, causing a fire
3  with flames burning approximately 5-10 feet high.
4  All in violation of Title 18, United States Code, Section 371.

6  DATED this 4th day of June, 2021.

10  TESSA M. GORMAN
    Acting United States Attorney

14  TODD GREENBERG
    Assistant United States Attorney

INFORMATION/WILLOUGHBY - 2

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970