

**Z-zae Entertainment**
June 9

This why Iam on the front lines of this Regime change in America if you support my parties then we need you on this Iam burn it down














