HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-111-JCC |
| Plaintiff, | |
| v. | (PROPOSED) ORDER TO SEAL DOCUMENT |
| ISAIAH THOMAS WILLOUGHBY, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the motion (Dkt. No. 77) to file Exhibit 1 to the Sentencing Memorandum (Dkt. No. 78) under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal. The motion (Dkt. No. 77) is GRANTED.

IT IS ORDERED that Exhibit 1 to the Sentencing Memorandum (Dkt. No. 78) be maintained under seal. DATED this 8th day of October 2021.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Isaiah Thomas Willoughby

ORDER TO SEAL DOCUMENT
(*USA v. Willoughby* / CR20-111-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100