PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

| | | | |
|---|---|---|---|
| **Name:** | Isaiah Thomas Willoughby | **Case Number:** | 2:20CR00111JCC-001 |

**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 10/05/2022; Amended 10/19/2022  **Date of Report:** 08/23/2022
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 24 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 03/29/2022
**Date Supervision Expires:** 03/28/2025
**Assistant United States Attorney:** Todd Greenberg  **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse  ☐ Financial Disclosure  ☒ Restitution: $500.00
☒ Mental Health  ☐ Fine  ☒ Community Service
☒ Other: Moral Reconation Therapy, submit to search

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Using alcohol on or about July 14, 2022, in violation of a special condition. |
| 2. | Failing to submit to drug testing on the following dates in violation of a mandatory condition:<br>• June 30, 2022<br>• July 6, 2022<br>• July 25, 2022<br>• August 12, 2022<br>• August 16, 2022 |
| 3. | Failing to obtain a substance use disorder assessment as instructed since April 26, 2022, in violation of a special condition. |
| 4. | Failing to pay towards restitution as instructed since June 30, 2022, in violation of a special condition. |
| 5. | Failing to report and reside at an approved residence since August 22, 2022, in violation of a standard condition. |

The Honorable John C. Coughenour, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  August 23, 2022

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
   ☒ risk of flight.
   ☒ danger to community.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 23rd day of August, 2022. | BY: |
| *(signature)*<br>Andrea G. Porter<br>United States Probation Officer | *(signature)*<br>Jennifer Van Flandern<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer
August 23, 2022
Date