PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
## Western District of Washington
### Supplemental Violation

**Name:**         Isaiah Thomas Willoughby                    **Case Number:** 2:20CR00111JCC-001
**Name of Judicial Officer:**  The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:**   10/05/2022; Amended           **Date of Report:** 10/06/2022
                                 10/19/2022
**Original Offense:**       Conspiracy to Commit Arson
**Original Sentence:**     24 months' imprisonment; 3 years' supervised release
**Type of Supervision:**   Supervised release              **Date Supervision Commenced:** 03/29/2022
**Assistant United States Attorney:**  Todd Greenberg          **Defense Attorney:** Dennis Carroll
**Special Conditions Imposed:**

☒ Substance Abuse        ☐ Financial Disclosure        ☒ Restitution: $500.00
☒ Mental Health          ☐ Fine                        ☒ Community Service
☒ Other: Moral Reconation Therapy, submit to search.

## PETITIONING THE COURT

☐        To issue a warrant under seal
☐        To issue a summons
☒        To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on August 23, 2022.

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

Violation
Number    Nature of Noncompliance
  6.       Leaving the federal judicial district, the Western District of Washington, without prior permission from the probation officer, on or about October 4, 2022, in violation of a standard condition.

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ____ years, for a total term of ____ years.
☐ The conditions of supervision should be modified as follows:

☒ Detention pending final adjudication due to
  ☒ risk of flight.
  ☒ danger to community.

The Honorable John C. Coughenour, United States District Judge                                    Page 2
Supplemental Violation                                                                                          October 6, 2022

I swear under penalty of perjury that the                    APPROVED:
foregoing is true and correct.                                      Monique D. Neal
                                                                              Chief United States Probation and Pretrial Services Officer


Executed on this 6th day of October, 2022.              BY:

_____                      _____
Andrea G. Porter                                                   Jennifer Van Flandern
United States Probation Officer                              Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐   The Issuance of a Warrant under seal
     (conditions of supervision shall remain in effect pending final adjudication)
☐   The Issuance of a Summons
     (conditions of supervision shall remain in effect pending final adjudication)
☒   To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s)
     previously reported to the court
☐   Other


_____
Signature of Judicial Officer
11/8/22
_____
Date