PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Supplemental Violation

**Name:** Isaiah Thomas Willoughby  **Case Number:** 2:20CR00111JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 10/05/2021  **Date of Report:** 11/08/2023
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 24 months' imprisonment; 3 years' supervised release
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 03/29/2022
**Assistant United States Attorney:** Todd Greenberg  **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse  ☐ Financial Disclosure  ☒ Restitution: $500
☒ Mental Health  ☐ Fine waived  ☒ Community Service 40 hours
☒ Other: Moral Reconation Therapy, submit to search

## PETITIONING THE COURT

☐ To issue a warrant under seal
☐ To issue a summons
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on September 20, 2023.

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7. | Using alcohol on or about October 23, 2023, in violation of a special condition. |
| 8. | Failing to submit to drug testing on the following dates in violation of a mandatory condition:<br>• September 22, 2023<br>• October 4, 2023<br>• October 19, 2023<br>• November 6, 2023 |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☐ The term of supervision should be
  ☐ revoked.
  ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

The Honorable John C. Coughenour, United States District Judge  Page 2
Supplemental Violation  November 8, 2023

I swear under penalty of perjury that the  APPROVED:
foregoing is true and correct.  Monique D. Neal
 Chief United States Probation and Pretrial Services Officer

Executed on this 8th day of November, 2023.  BY:

_____  _____
Daniel L. Acker  Hien Nguyen
United States Probation Officer  Supervising United States Probation Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
  (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
  (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

_____
Signature of Judicial Officer
11/9/2023
Date