The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-111 JCC |
|---|---|
| Plaintiff, | **ORDER CONTINUING TERMS OF SUPERVISION** |
| v. | |
| ISAIAH THOMAS WILLOUGHBY, | |
| Defendant. | |

The Court having found, based on Mr. Willoughby's admission to violations 1-3 and 6-9, that he has violated the terms of his supervised release, HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force, with all the previous terms of supervised release and the addition of the following condition:

> The defendant shall comply with alcohol testing, for a period of 90 days, using an alcohol testing device, as directed by the location monitoring specialist. The defendant shall comply with all program requirements and must contribute towards the costs of the services, to the extent they are financially able to do so, as determined by the location monitoring specialist.

Order Continuing Terms of Supervision
(*United States v Willoughby*, CR20-111 JCC) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 19th day of December, 2023.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Order Continuing Terms of Supervision
(*United States v Willoughby*, CR20-111 JCC) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970