PROB 12C-WAR
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Isaiah Thomas Willoughby  **Case Number:** 2:20CR00111JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 10/05/2021  **Date of Report:** 04/09/2024
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 24 months' custody; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/03/2023
  **Date Supervision Expires:** 10/02/2025
**Assistant United States Attorney:** Todd Greenberg  **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse   ☒ Financial Disclosure   ☒ Restitution: $500.00 (paid in full)
☒ Mental Health     ☐ Fine                   ☒ Community Service 40 hours (completed)

☒ Other: No alcohol use; not to enter any establishments where alcohol is the primary commodity for sale; maintain a single checking account; Moral Reconation Therapy; submit to search; alcohol monitoring for 90 days (completed)

## PETITIONING THE COURT

☒  To issue a warrant under seal
☐  To issue a summons

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Committing the crime of unlawful use of weapons, on or about April 8, 2024, in violation of a mandatory condition of supervised release. |
| 2. | Committing the crime of harassment on or about April 8, 2024, in violation of a mandatory condition of supervised release. |
| 3. | Committing the crime of theft on or about April 8, 2024, in violation of a mandatory condition of supervised release. |
| 4. | Consuming alcohol on or about April 8, 2024, in violation of a special condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒  The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐  The conditions of supervision should be modified as follows:

The Honorable John C. Coughenour, United States District Judge　　　　　　　　　　　　　Page 2
Petition for Warrant or Summons for Person Under Supervision　　　　　　　　　　　　　April 9, 2024

☒ Detention pending final adjudication due to
　　☒ risk of flight.
　　☒ danger to community.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 9th day of April, 2024.<br>*[signature]*<br>_____<br>Julie Jansen<br>United States Probation Officer | BY:<br>*[signature]*<br>_____<br>Analiese D. Johnson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
　　(conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
　　(conditions of supervision shall remain in effect pending final adjudication)
☐ Other

*[signature: John C Coughenour]*
_____
Signature of Judicial Officer
4/9/2024
Date