PROB 12C-SUP
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

## Supplemental Violation

**Name:** Isaiah Thomas Willoughby  **Case Number:** 2:20CR00111JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 10/05/2021  **Date of Report:** 08/14/2024
**Original Offense:** Conspiracy to Commit Arson
**Original Sentence:** 24 months' custody; 3 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 03/03/2023
**Assistant United States Attorney:** Todd Greenberg  **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

| | | |
|---|---|---|
| ☒ Substance Abuse | ☐ Financial Disclosure | ☒ Restitution: $500.00 (paid in full) |
| ☐ Mental Health | ☐ Fine | ☒ Community Service 40 hours (completed) |

☒ Other: No alcohol use; not to enter any establishments where alcohol is the primary commodity for sale; maintain a single checking account; Moral Reconation Therapy; submit to search; alcohol monitoring for 90 days (completed);and alcohol monitoring device.

### PETITIONING THE COURT

☐  To issue a warrant under seal
☐  To issue a summons
☒  To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court on April 9, 2024, and May 7, 2024.

I allege Isaiah Thomas Willoughby has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6. | Using alcohol on or before July 22, 2024, in violation of a special condition of supervised release. |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒  The term of supervision should be
   ☒  revoked.
   ☐  extended for ___ years, for a total term of ___ years.
☐  The conditions of supervision should be modified as follows:

☐  Detention pending final adjudication due to
   ☐  risk of flight.
   ☐  danger to community.

| | |
|---|---|
| The Honorable John C. Coughenour, United States District Judge | Page 2 |
| Supplemental Violation | August 14, 2024 |

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 14th day of August, 2024.

BY:

_____
Julie Jansen
United States Probation Officer

_____
Jennifer Van Flandern
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☒ To incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the court
☐ Other

_____
Signature of Judicial Officer
8/18/2024
Date