The Honorable John C. Coughenour

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAIAH THOMAS WILLOUGHBY,

Defendant.

NO. CR20-111 JCC

**ORDER CONTINUING TERMS OF
SUPERVISION**

The Court having found, based on Mr. Willoughby's admission to violation 4, that he has violated the terms of his supervised release, HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force, with all the previous terms of supervised release.

The Court further ORDERS that the appearance bond entered in this matter (Dkt. 151) is exonerated.

DATED this 11th day of February 2025.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Order Continuing Terms of Supervision
(*United States v Willoughby*, CR20-111 JCC) - 1

1

2

Presented by:

3

4  *s/ Todd Greenberg*
   Todd Greenberg

5  Assistant United States Attorney

6

7  *s/ Dennis Carroll*

8  Dennis Carroll.
   Counsel for Isaiah Thomas Willoughby

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Continuing Terms of Supervision
(*United States v Willoughby*, CR20-111 JCC) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970