

United States Probation and Pretrial Services
*Western District of Washington*

| Monique D. Neal | Brenda L. Amundson |
| --- | --- |
| *Chief* | *Deputy Chief* |

# MEMORANDUM

| | |
| --- | --- |
| Date: | February 11, 2025 |
| To: | The Honorable John C. Coughenour, United States District Judge |
| From: | Julie Jansen<br>United States Probation Officer |
| Subject: | **Isaiah Willoughby**<br>**Case Number: 2:20CR00111-001**<br>**STATUS REPORT** |

**STATUS:**

On April 9, 2024, a violation report and request for warrant under seal was submitted to the Court alleging Mr. Willoughby violated the terms of his supervised release by committing the crime of unlawful use of weapons, committing the crime of harassment, committing the crime of theft, and consuming alcohol. On the same day, Your Honor approved the issuance of a warrant.

On April 10, 2024, Mr. Willoughby made his initial appearance before The Honorable Brian Tsuchida, United States Magistrate Judge, and pled not guilty to the alleged violations. He was ordered released and placed on bond with special conditions to include location monitoring alcohol device.

On May 7, 2024, a supplemental notice of violation was submitted to the Court alleging Mr. Willoughby violated the terms of his supervised release by using alcohol on one occasion. This violation was incorporated with violations currently before the Court, Mr. Willoughby has not made an initial appearance on this violation.

On July 19, 2024, a bond violation report and request for warrant under seal was submitted to the Court alleging Mr. Willoughby violated the special condition requiring he comply with alcohol testing via an alcohol testing device by failing to submit to random alcohol test on July 18 and 19, 2024; and not being available for contact on the same dates. The Court issued a warrant.

On July 22, 2024. Mr. Willoughby reported to the probation office in Seattle and was arrested for his warrant on this case. On the same day, he made an initial appearance before The Honorable Mary Alice Theiler, United States Magistrate Judge. He was ordered released pending a bond revocation hearing before The Honorable Brian A. Tsuchida, United States Magistrate Judge, set for July 26, 2024.

On July 26, 2024, Mr. Willoughby appeared for his bond revocation hearing before Judge Tsuchida. Mr. Willoughby admitted to violating his bond conditions. He remained released under his existing conditions of his bond and supervised release.

The Honorable John C. Coughenour, United States District Judge  Page 2
RE: Isaiah Willoughby, 2:20CR00111-001  February 11, 2025

On July 30, 2024, Mr. Willoughby appeared before Your Honor for his revocation of supervised release hearing. Mr. Willoughby admitted to violation four, consuming alcohol. Per agreement of all parties, the Court dismissed violations 1, 2, 3, and 5. Your Honor continued disposition out for six months to afford Mr. Willoughby the opportunity to regain compliance. He remains released on bond under his existing conditions of his bond and supervised release.

On August 14, 2024, I submitted a supplemental violation report alleging Mr. Willoughby consumed alcohol on or about July 22, 2024 (allegation number six). This allegation has not been addressed in Court.

A disposition hearing has been scheduled for February 18, 2025, before Your Honor.

**ADJUSTMENT AND EVALUATION:**
Since his last Court appearance before Your Honor on July 30. 2024, Mr. Willoughby continued with school earning an associate degree and obtained employment as a leasing consultant at two apartment complexes. He works in a leasing office, showing apartments to prospective tenants. His recent employment performance review revealed outstanding service. On December 30, 2024, Mr. Willoughby successfully completed substance use disorder treatment. We discussed the details surrounding his non-compliance and Mr. Willoughby's attitude has improved. His recent accomplishments have shown progress and is commended on maintaining compliance with his supervised release conditions. His subsequent urinalysis and breathalyzer tests have been negative for alcohol and controlled substances. Mr. Willoughby is in compliance with the location monitoring program. There have been no reported issues since returning to submitting to alcohol tests via soberlink device on July 22, 2024.

Mr. Willoughby contributes his current stability to maintaining permanent housing, enrolling into school, and obtaining employment.

**RECOMMENDATION:**
Given Mr. Willoughby's overall compliance and stability, I respectfully recommend the Court withdraw violation number six, continue supervision, and strike the hearing currently scheduled for February 18, 2025. Both, Assistant United States Attorney Todd Greenberg and Defense Counsel Dennis Carroll concur with my recommendation.

I swear under penalty of perjury that the foregoing is true and correct.

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

Executed on this 11th day of February, 2025.

BY:

Julie Jansen
United States Probation Officer

Analiese D. Johnson
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Continued supervision; strike hearing on February 18, 2025
☐ Retain scheduled hearing on February 18, 2025
☐ Other

Signature of Judicial Officer
2/11/2025
Date